# ELECTRONIC RECORD

COA # 04-13-00744-CR            OFFENSE: MURDER

STYLE: ARTURO NORIEGA V. THE STATE OF TEXAS            COUNTY: BEXAR

COA DISPOSITION: AFFIRMED            TRIAL COURT: 175TH DISTRICT COURT

DATE: 12/23/14            Publish: NO            TC CASE #: 2013CR4087

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: ARTURO NORIEGA V. THE STATE OF TEXAS            CCA #: 210-15

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED_____
DATE: 04/22/2015
JUDGE: Per Curiam
YEARY, J.; NOT PARTICIPATING

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____